UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAFAEL COREAS, individually and on behalf of all other employees similarly situated,

        Plaintiff,

- against -

ARBER ALBAN CORP. d/b/a LA RONDINE PIZZA, A. KOKA, AND JACK "DOE" (LAST NAME UNKNOWN)

        Defendants.

Case No. 16-cv-06219

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Eastern District of New York, hereby enters her appearance as counsel for the Plaintiff in the above captioned matter.

Dated: Flushing, New York
    January 31, 2017

        Hang & Associates, PLLC.

        ___/s/ Keli Liu_____
        Keli Liu, Esq.
        *Attorneys for the Plaintiff*
        136-18 39th Avenue, Suite 1003
        Flushing, NY 11354
        T: (718) 353-8588
        F: (718) 353-6288
        *kliu@hanglaw.com*