# JACOB ARONAUER, ESQ.

Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

May 2, 2017

**Via ECF and Fax (718) 613-2365**
Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Rafael Coreas. v. La Rondine Pizza et al.
     16-cv-06219 (ILG) (CLP)

Dear Judge Pollak:

This office represents Defendants in the above captioned matter. On behalf of Defendants, I am requesting to make the status conference for May 4, 2017 be by telephone. Plaintiff's counsel consents.

Respectfully,

*/s/ Jacob Aronauer*
Jacob Aronauer
*Attorney for Defendants*

cc: **Via ECF**
    Phillip Kim, Esq.
    Hang and Associates, PLLC
    *Attorney for Plaintiff*